UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MIRIAM GRANADOS, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | 5:18-CV-192 |
| PILOT OF TEXAS, LLC, *et al.*, | § § § | |
| Defendants. | § § | |

## **ORDER**

Before the Court is Plaintiff's advisory that the parties agreed to extend Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment. (Dkt. No. 35). The original deadline is December 30, 2019. The parties agreed to extend the deadline to January 10, 2020. *Id.* The Court may extend motion deadlines for good cause under FED. R. CIV. P. 6(b). Because the parties have agreed to the extension, the extension is GRANTED. It is ORDERED that that Plaintiff's deadline to file a response to Defendant's summary judgment motion is extended to January 10, 2020.

IT IS SO ORDERED.

Signed on December 27, 2019, at Laredo, Texas.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE